IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARMAINE SMITH and KIYA HARRIS, | : |
| | : Civil Action Number: |
| Plaintiffs, | : |
| | : 1:13-cv-00898-CAP |
| vs. | : |
| | : |
| PAT ALESSI SALON 1580 and PATRICIA ALESSI, | : |
| | : |
| Defendants. | : |
| | : |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal of the above-captioned action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 20th day of May, 2013.

DELONG CALDWELL
BRIDGERS & FITZPATRICK,
LLC

s/ Michael A. Caldwell
Michael A. Caldwell
Georgia Bar No. 102775

s/ Charles R. Bridgers
Charles R. Bridgers
Georgia Bar No. 080791

Patricia Alessi, *pro se*
Pat Alessi Salon 1580
11230 Alpharetta Highway
Suite 115
Roswell, Georgia 30076
(678)361-4247
Tricia91260@yahoo.com

Entered as dismissed pursuant to
Rule 41(a)(1)(i)(ii), F.R.C.P.

James N. Hatten, Clerk
By: [signature]
Deputy Clerk

- 1 -

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARMAINE SMITH and KIYA HARRIS, | : |
| | : Civil Action Number: |
| Plaintiffs, | : |
| | : 1:13-cv-00898-CAP |
| vs. | : |
| | : |
| PAT ALESSI SALON 1580 and PATRICIA ALESSI, | : |
| | : |
| Defendants. | : |
| | : |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20 (CRB), 2013, I electronically filed a true and correct copy of the parties' **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service, to all parties of records. I have also provided a copy to Defendant via electronic mail as follows:

Tricia91260@yahoo.com
Patricia Alessi

s/ *Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

3

3100 Centennial Tower  
101 Marietta Street  
Atlanta, GA 30303  
(404) 979-3150  
(404) 979-3170 (facsimile)  
michaelcaldwell@dcbflegal.com  
charlesbridgers@dcbflegal.com  

COUNSEL FOR PLAINTIFFS

PRO SE FOR DEFENDANTS